IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Amanda Landi and John Landi, | CIVIL ACTION NO.: 4:21-cv-03322-JD |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS** |
| Derek Stum and VL Trucking, Inc., | |
| Defendants. | |

Plaintiffs, Amanda Landi and John Landi, by and through the undersigned counsel, pursuant to Rule 41(a), and prior to any responsive pleading filed by the Defendants, files this Notice of Voluntary Dismissal of Defendants Derek Stum and VL Trucking, Inc. with each party to bear its own costs.

**PIERCE SLOAN
KENNEDY & EARLY LLC**
321 East Bay Street
Post Office Box 22437
Charleston, SC 29401
(843) 722-7733

*s/ Allan P. Sloan, III*
Allan P. Sloan, III (Fed ID 6268)
J. Morgan Forrester (Fed ID 12129)
Carson R. Parker (Fed ID 12727)
chipsloan@piercesloan.com
morganforrester@piercesloan.com
carsonparker@piercesloan.com
*Attorneys for Plaintiffs*

March 21, 2022
Charleston, South Carolina

1